CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

MAY 0 3 2007

JOHN F. CORCORAN, CLERK
BY: _Jaralee_
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 6:07cr00014 |
| v. | |
| REGINALD LEON EDWARDS, | ORDER and OPINION |
| *Defendant* | JUDGE NORMAN K. MOON |

This matter is before the Court on Defendant's Waiver of Speedy Trial, filed on May 1, 2007 (docket entry no. 24). In this purported waiver, Defendant states that he "waives [his] rights under the Speedy Trial Act and expressly consent[s] to the trial of [his] case being set outside the 70-day time limit imposed under said Act." A purported waiver of the time limits imposed by the Speedy Trial Act, codified at 18 U.S.C. § 3161-74, is ineffective, however. As this Court recently stated, the Speedy Trial Act addresses "interests held by two different entities: the public (in having quickly resolved judicial proceedings) and the defendant (in having her case disposed of in a speedy manner)." *United States v. Conway*, 471 F. Supp. 2d 665, 666 (W.D. Va. 2007). Although the Speedy Trial Act allows certain periods of time to be deducted from computing time periods under the act, *see* 18 U.S.C.A. § 3161(h) (2007), these periods do not include those resulting from a defendant's purported waiver of these time periods, *see id.*; *see also id.* § 3161(h)(8)(A)–(B) (allowing exclusion of time resulting from a continuance so long as the trial judge decides "that the ends of justice served by [granting a continuance] outweigh the best interest of the public and the defendant in a speedy trial"); *Conway*, 417 F. Supp. 2d at 666.

Because Defendant cannot waive any time limitations imposed by the Speedy Trial Act,

Case 6:07-cr-00014-NKM   Document 25   Filed 05/03/07   Page 1 of 2   Pageid#: 40

the Court cannot address Defendant's document.

It is so ORDERED.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record.

ENTERED: _Norm C. Moon_____
United States District Judge

_May 3, 2007_____
Date