CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

MAY 0 7 2007

JOHN F. CORCORAN, CLERK
BY: Fay Coleman
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>REGINALD LEON EDWARDS,<br><br>*Defendant* | CRIMINAL NO. 6:07cr00014<br><br>ORDER and OPINION<br><br>JUDGE NORMAN K. MOON |

This matter is before the Court on Defendant's Motion for Continuance, filed on May 4, 2007 (docket entry no. 26). Defendant was charged in a four-count indictment with conspiracy to distribute and to possess with the intent to distribute cocaine, possession with intent to distribute cocaine, possession of a firearm in furtherance of a drug trafficking crime, and possession of a firearm by a felon. Trial is set for May 15, 2007.

Defendant's reasons for requesting a continuance, as stated in his motion, are that "the discovery is not complete at this time," that "this is the first request for a continuance," that "the defendant has waived under the Speedy Trial Act,"[1] and that "the government ... has stated no objection" to a continuance. These reasons alone, however, are insufficient for me to find that the ends of justice served by granting a continuance outweigh the best interest of the public and Defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(8)(A).

For the foregoing reasons, this motion is hereby DENIED.

It is so ORDERED. The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record.

---

[1] As I earlier held in this case, the attempted waiver of time constraints imposed by the Speedy Trial Act by Defendant is ineffective. (*See* Order, May 3, 2007)

- 1 -

ENTERED: _____
United States District Judge

May 7, 2007
Date